UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| United States of America ) | Criminal No. 7:24-cr-00634 |
| ) | |
| v. ) | |
| ) | |
| Evans Rubens Appiah ) | |

Notice is hereby given that the Defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order entered in this action on the 25th day of March, 2025.

_____
Evans Rubens Appiah, Defendant

s/Alissa Wilson
Alissa Wilson, #12292
TOUMA LAW GROUP
1820 Bull Street
Columbia, South Carolina 29201
(803) 836-9422
alissa@toumalawgroup.com

This 4th day of April, 2025.